TOWN OF HILLSBOROUGH v. CRABTREE

No. 360P01

Case below: 143 N.C. App. 707

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

WHITE v. EASLEY

No. 94A94-5

Case below: Wake County Superior Court
North Carolina Court of Appeals

Motion by defendant to bypass the Court of Appeals, to suspend the Rules of Appellate Procedure, and to enjoin the Secretary of the Department of Correction from executing Clifton White denied 20 August 2001. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and writ of certiorari to review the order of the North Carolina Court of Appeals denied 22 August 2001. Motion by plaintiff to enjoin execution denied 22 August 2001. (See also *State v. White, supra*)

ZENOBILE v. McKECUEN

No. 361P01

Case below: 144 N.C. App. 104

Petition by defendant (Jeannie Young) for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

PETITION TO REHEAR

CHAPPELL v. ROTH

No. 68A01

Case below: 353 N.C. App. 690

Petition by plaintiff to rehear pursuant to Rule 31 denied 16 August 2001.